# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID A ANDERSON**                                                        **PLAINTIFF**
**ADC #087368**

**v.**                              **Case No. 4:22-CV-01065-LPR**

**DOE, et al.**                                                              **DEFENDANTS**

## ORDER

Plaintiff David Anderson is in custody at the Varner Unit of the Arkansas Division of Correction. He filed this action *pro se* without prepayment of the $402 filing fee or an application to proceed *in forma pauperis*. Based on his litigation history, Mr. Anderson cannot proceed *in forma pauperis* absent an allegation that he was under imminent danger of serious physical injury at the time he filed his Complaint.[1] Mr. Anderson's Complaint concerns the withholding of his federal stimulus funds and does not indicate he was in imminent danger at the Varner Unit at the time of filing.[2] He is thus ineligible to proceed *in forma pauperis*. Therefore, to proceed with this action, Mr. Anderson must pay the $402[3] filing fee within 30 days from the entry of this Order. If he does not do so within 30 days, his case will be dismissed. LOCAL RULE 5.5(c)(2).

---

[1] The Prison Litigation Reform Act ("PLRA") provides that a prisoner cannot proceed *in forma pauperis* "if the prisoner has on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Prior to filing this lawsuit on October 26, 2022, Mr. Anderson filed at least three actions that were dismissed for failing to state a claim upon which relief may be granted. *See, e.g.*, *Anderson v. Greene County, Arkansas, et al.*, No. 3:20-CV-00419-BRW (E.D. Ark.); *Anderson v. Rutledge, et al.*, No. 4:15-cv-00539-BRW (E.D. Ark.); *Anderson v. Straughn, et al.*, No. 5:10-cv-00056-JM (E.D. Ark.).

[2] Second Am. Compl. (Doc. 5).

[3] Effective December 1, 2020, the cost for filing a new civil case is $402. The increase is due to a new $52 administrative fee, which does not apply to persons granted *in forma pauperis* status under 28 U.S.C. § 1915.

IT IS SO ORDERED this 27th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE