**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAVID A. ANDERSON**                                                                    **PLAINTIFF**
**ADC #087368**

**v.**                                  **Case No. 4:22-CV-01065-LPR**

**DOE, et al.**                                                                          **DEFENDANTS**

<u>**ORDER**</u>

     Plaintiff David Anderson is in custody at the Varner Unit of the Arkansas Division of Correction.   He filed this action pro se.[1]   Mr. Anderson did not pay the $402 filing and administrative fee or file an application to proceed *in forma pauperis*.  On February 27, 2023, the Court entered an Order finding that Mr. Anderson is ineligible to proceed *in forma pauperis* based on his litigation history.[2]  The Court instructed Mr. Anderson that to proceed with this action, he must pay the full $402 filing fee within 30 days.[3]  Mr. Anderson was warned that his failure to comply with the Order would result in the dismissal of his case pursuant to Local Rule 5.5(c)(2).[4]

     Mr. Anderson has not complied with or otherwise responded to the February 27, 2023 Order, and the time for doing so has passed.  Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an

---

[1] Pl.'s Compl. (Doc. 1); Pl.'s Am. Compl. (Doc. 4); Pl.'s Second Am. Compl. (Doc. 5).

[2] Order (Doc. 6).

[3] *Id*.

[4] *Id*.  Local Rule 5.5(c)(2) provides:

    It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice**.**  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

*in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of June 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE